**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **ELLEN T. FLOWERS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| VS. | )   **CASE NO.: CV 3:06-552-SRW** |
| | ) |
| **ALLSTATE INDEMNITY COMPANY,** | ) |
| | ) |
|     **Defendants.** | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1. Pursuant to Fed.R. Civ. P. 26(f), a meeting was held by telephone, at <u>Huie, Fernambucq & Stewart, L.L.P.</u> and was attended by:

Mary Bishop Roberson on behalf of Plaintiff, Ellen T. Flowers.

Thomas E. Bazemore, III on behalf of Defendants Allstate Indemnity Company.

2. **PRETRIAL DISCOVERY DISCLOSURES:** The parties will exchange by **September 1, 2006** the information required by Rule 26.1(a)(1).

3. **DISCOVERY PLAN**. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subject:

Plaintiff:    The basis of denial and Defendant investigation of this claim.

Defendant:    The basis for Plaintiff's claims and any alleged damages.

All discovery commenced in time to be completed by **April 1, 2007**.

Maximum of <u>30</u> interrogatories by each party to any other party. Responses due <u>30</u> days after service.

Maximum of 25 request for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 4 depositions for Plaintiff and 4 depositions for Defendants.

Reports from retained experts under Rule 26(a)(2) shall be due from the Plaintiff on or before **November 1, 2006** with Plaintiff's experts to be deposed before **December 1, 2006.** Reports from Defendants' experts under Rule 26(a)(2) shall be due on or before **January 1, 2007** with Defendants' experts to be deposed on or before **February 1, 2007**. Supplementations under Rule 26(e) due **February 15, 2006**.

4. **OTHER ITEMS**:

The parties do not request a conference with the Court before entry of the Scheduling Order.

Plaintiff should be allowed until **October 1, 2006** to add additional parties and to amend pleadings. Defendants should be allowed until **October 15, 2006** to join additional parties and to amend pleadings.

All dispositive motions should be filed by **March 1, 2007**.

Settlement cannot be realistically evaluated prior the close of discovery.

The parties request a final pretrial conference **April 2007**..

Final lists of trial evidence under Rule 26(a)(3) should be due:

From Plaintiff and Defendant 20 days before trial; exhibits 20 days before trial.

The parties should have 7 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial **May 2007.** Expected length of trial is **3** days.

Respectfully submitted

s/Thomas E. Bazemore, III
s/Gordon J. Brady, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223
205-251-1193
205-251-1256
Attorneys for Defendants Allstate Insurance Company & Lisa Barkley


s/Mary Bishop Roberson
Haygood, Cleveland, Pierce, Mattson & Thompson, LLP
611 East Glenn Avenue
P.O. Box 3310
Auburn, Alabama 36831
Attorney(s) for Plaintiff