IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 AUG -3  A 10: 19

Ellen T. Flowers  )
_____,  )
  )
Plaintiff(s),  )
  )
v.  )  CIVIL ACTION NO. CV 3:06-552-SRW
Allstate Indemnity Company  )
_____,  )
  )
Defendant(s).  )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/2/06
_____  _____
Date  Signature

Ellen T. Flowers
_____
Counsel For (**print** name of all parties)

P.O. Box 3310, Auburn, Alabama 36831- 3310
_____
Address, City, State Zip Code

334-821-3892
_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
**Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101**