IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Ellen T. Flowers,                    )
                                     )
        Plaintiff(s),                )
                                     )
v.                                   )    CIVIL ACTION NO. CV 3:06-552-SRW
                                     )
Allstate Indemnity Company,          )
                                     )
        Defendant(s).                )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

08/08/2006                           [Signature]
Date                                 Signature

                                     Allstate Indemnity Company
                                     Counsel For (**print** name of all parties)

                                     2801 Hwy 280 S., Birmingham, AL 35223
                                     Address, City, State Zip Code

                                     (205) 251-1193
                                     Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
**Please mail to:**
**Clerk, United States District Court**
**Post Office Box 711**
**Montgomery, AL 36101**