

Flowers 001

# ATLANTA PROPERTY DISPATCH SHEET
## COMPLETION OF ALL INPUT FIELDS REQUIRED

**Claim Number:** 1484762487    **Insured Name:** FLOWERS    **Date:** 2/8/2005

**Adjuster Name / ID:** STCIN / D3PH    **Claim Coordinator Name:** DIRCT

---

**Close Assignment:** ☒ Yes ☐ No    **SUBRO: No**

**LRS ID:** AA011    (1) **Gross Estimate Amount:** $ 432.97

**Roof Involved:** Yes    (2) **Gross Roof Estimate:** $ 0.00    (3) *Tabletop Settlement*: Yes

**MOI:** ☒ FIELD ☐ WAIVER ☐ PTC ☐ FAST TRACK ☐ INDEPENDENT

(4) **Inspection Date:** 2/1/2005    (5) **Estimate Date:** 2/1/2005    (6) **Initial Contact Date:** 1/26/2005

(7) **AA - A/P Date:** 2/1/2005    (8) **BB - A/P Date:**    (9) **CC - A/P Date:**

(10) **Mitigation Attempted:** *    (10) **Mitigation Successful:** *    **Process Code:** 6 - Hail
(Fire & Water Only)                                                       If 9, Reason:

**ALE In-house Start Date:**    **End Date:**

**ALE Out-of-house Start Date:**    **End Date:**

---

### Create or Update Supplement Assignment

**LRS ID:**    **Cov:**    **Emp. ID:**    **Inspect Date:**    **Supplement Type:** (select one) *

**Supplement Amount:** $    **Completion or Denial Date:**    **Repair Status:** ☐ BEFORE ☐ DURING ☐ AFTER

### ROOF (WIND/HAIL) CLAIMS ONLY

**Scope of Damage:** *
**CWP:** *                                **Insured Representation:** *
**Interior Water Damage Involved:** ☐ Y ☐ N ☐ NA

**Subro Disposition Type:** 15 - CWP closed without payment

***MANAGEMENT SUBROGATION WRITE-OFF DATE:**        (Fire & Water Only)***

---

**Definitions:**
(1) The gross amount of estimate(<u>all</u> coverages) for <u>this</u> Mech Dispatch assignment
(2) On <u>Wind / Hail</u> losses, the gross amount of Roof damages <u>only</u>
(3) Was claim settled while at customer's home? (<u>Includes claims paid, partial payments or denials</u>)
(4) The date adjuster inspected the loss (<u>For Inside adjuster, use date 1st spoke to customer about damages</u>)
(5) Date the adjuster completes the estimate
(6) The date adjuster contacted the customer (Voice to Voice)
(7,8,9) The date adjuster reached an agreement on the settlement with all parties involved
(10) Emergency water extraction/services by a <u>licensed professional vendor</u>
(11) If flooring is restored in <u>any</u> room with no further action needed

**Comments:**

Flowers 002

# Adjuster Summary

Claim #   1484762487

| | **Atlanta Property MCO** | |
|---|---|---|
| Adjuster SHAROL ST. CIN<br>Phone   (334) 799-9260<br>Fax      (334) 272-8375 | P.O. Box 105152<br>Atlanta, GA  30348 | February 8, 2005 |

| | | |
|---|---|---|
| Insured Name   FLOWERS, ELLEN T | | |
| Loss Address   301 KATHERINE DR, TUSKEGEE, AL  36088 | | |
| Phone Number (334) 727-1928 | Policy #    000000915456720 | |
| Other Phone   (334) 233-9778 | Ins Claim # 1484762487 | Date of Loss   12/31/2004 |
| Ins Company   Allstate Indemnity Company | | |

If you have any questions or concerns regarding this estimate, please feel free to contact me at the number(s) listed below:

**SHAROL ST. CIN**
Claim Service Adjuster
P.O. Box 210205
Montgomery, AL  36121
Phone: (334) 799-9260
Fax:    (334) 272-8375

## AA - Dwelling

**Office (23' 9" x 15' 1" x 8')**

| 358 sf Floor | 571 sf Wall | 358 sf Ceiling | 75 lf Floor | 78 lf Ceiling | 2,866 cf Volume |
|---|---|---|---|---|---|

Door(s)    2' 9" x 6' 4"
Window(s)  2' 10" x 3' 10" (3)

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Special Remove & Reset Furniture/Contents | 3 HR @ $14.97 [a] | $44.91 | $0.00 | $44.91 | | |

INSD HAS 3 BEDS IN THIS ROOM AND OTHER CONTENTS

| | | Repl. Cost | Depr. | ACV | OP | RD |
|---|---|---|---|---|---|---|
| Special Floor, Cover & Protect | 358 SF @ $0.09 [a] | $32.22 | $0.00 | $32.22 | | |
| Special Mask Ceiling/Paddle Fan | 2 EA @ $2.16 [a] | $4.32 | $0.00 | $4.32 | N | |
| Special Mask Light Fixture | 2 EA @ $1.84 [a] | $3.68 | $0.00 | $3.68 | N | |
| Special Dust Protection | 571 SF @ $0.11 [a] | $62.81 | $0.00 | $62.81 | | |
| Rem/Reset Outlet Cover | 10 EA @ $1.16 [a] | $11.60 | $0.00 | $11.60 | | |
| Rem/Reset Switch Plate | 1 EA @ $0.93 [a] | $0.93 | $0.00 | $0.93 | | |
| Special Prep & Mask For Painting (SF) | 78 SF @ $0.07 [a] | $5.46 | $0.00 | $5.46 | | |
| Special Painter's Work   spot seal stain area | 1 HR @ $16.47 [a] | $16.47 | $0.00 | $16.47 | | |
| Special Paint Textured Ceiling, Roller | 358 SF @ $0.33 [b] | $118.14 | **$29.54** | $88.60 | | |
| Paint Walls, 1 Coat, Roller | 571 SF @ $0.13 [b] | $74.23 | **$18.56** | $55.67 | | |

ALL DEPRECIATION ON THIS ESTIMATE IS BASED ON AGE, USE, AND CONDITION AT TIME OF LOSS.

| AA - Dwelling Totals | $374.77 | $48.10 | $326.67 |
|---|---|---|---|

## Summary

|  | Repl. Cost | Depr. | ACV |
|---|---|---|---|
| Estimate Totals | $374.77 | $48.10 | $326.67 |
| Less Amount Not Subject To Overhead & Profit | -$8.00 | $0.00 | -$8.00 |
| Amount Subject To Overhead & Profit | $366.77 | $48.10 | $318.67 |
| Contractor's Overhead & Profit (13%) | $47.68 | $6.25 | $41.43 |
| Sub-Total | $414.45 | $54.35 | $360.10 |
| Amount Not Subject To Overhead & Profit | $8.00 | $0.00 | $8.00 |
| Total With Overhead & Profit | $422.45 | $54.35 | $368.10 |
| Sales Tax 9.00% | $10.52 | $1.32 | $9.20 |
| Total With Tax | $432.97 | $55.67 | $377.30 |
| Less Deductible Applied ($500.00 Maximum) | -$432.97 | -$55.67 | -$377.30 |
| **Net Claim** | **$0.00** | **$0.00** | **$0.00** |

Items noted as such by the Price Database Legend at the bottom of this estimate were based on material pricing provided by and available at large building material suppliers in your local market. It should be noted that prices can change without notice. Allstate will honor this estimate and work with you to resolve your claim regardless of where you purchase your materials and services. If you find the cost of repairs or replacement is more than reflected in this estimate, please contact your claim adjuster at the number listed above.

**Price Database Legend**
a = MSB Cost Data 2004-11
b = MSB Cost Data 2004-11 (Home Improvement Ret Material)

Flowers 004

# 1. ROOF CLAIM ASSESSMENT FORM

| | | |
|---|---|---|
| 1. Inspection Date: 2/2/06 | 5. Client File Research: <br> Prior claim # ___ Roof Loss <br> ___ Y/N <br> ___ Y/N <br> ___ Y/N <br> Prior damages related <br> to this loss Y/N | 6. Storm description: <br> Wind ( ) estimated wind speed ___ <br> Hail ( ) estimated hail size ___ <br> Other ( ) ___ |
| 2. Claim Number: 1484724 | | |
| 3. Insured: Flowers <br> Named Insured Home? Y / N | | |
| 4. Adjuster: Stan | | |

| | | |
|---|---|---|
| 7. Age of roof: 3-10 yrs <br> 8. Number of stories: 1 <br> 9. Number of layers: 1 | 10. Roof Type: 3 tab <br> (i.e. 20 yr 3 tab) <br> 11. Pitch: 6 / 12    1/12 | 12. I was on the roof: Y/N  If "N" check reason why: <br> A ( ) roof too steep     C ( ) roof too high <br> B ( ) weather           D ( ) cause additional damage |

| | | |
|---|---|---|
| 13. Ventilation roof vents: <br> A (✓) Can  1 <br> B ( ) Soffit   F (✓) Turbine 2 <br> C ( ) Ridge   G ( ) Other <br> D ( ) Power   H ( ) None  E ( ) Gable | 14. Valley type: <br> ( ) None <br> ( ) Open <br> (✓) Closed | 15. Is there previous roof damage:   Y / N <br> 16. If yes, was it repaired properly:   Y / N <br> 17. Will prior damage affect claim:    Y / N <br> Comments: _____ |

| | |
|---|---|
| 18. Are there unusual damages:      Y / N | Comments: ___ |
| 19. Need referral for unusual damages: Y / N | |
| 20. Underwriting referral needed:    Y / N | |

21. Evidence of Collateral Damage:

| | | | |
|---|---|---|---|
| A) Trees, flowers & shrubs | Y / N | G) Awnings/Patio Cover | Y / N |
| B) Patio furniture | Y / N | H) Gutters | Y / N |
| C) Refrigeration coils | Y / N | I) Oxidization removed with no dents | Y / N |
| D) Fences or decks | Y / N | J) Roof vents / Flashing   1 Can | Y / N |
| E) Window screens | Y / N | K) Skylights | Y / N |
| F) Outbuildings / Sheds | Y / N | L) Neighborhood damage | Y / N |
| | | M) Other ___ | Y / N |

22. Collateral Damage Consistent With Report: Y / N

General Comments: _____ Others
_____ No

### 23. NON-WIND / HAIL CONDITIONS: Opportunities for CUSTOMER ASSISTANCE

| Condition | Found? | Slope location | Comments |
|---|---|---|---|
| A) Flashing not sealed | Y / N | N S E W O | |
| B) Decking in poor condition | Y / N | N S E W O | Soft & Wavy |
| C) Debris on roof/Clogged Drains | Y / N | N S E W O | |
| D) Brittleness/hardening | Y / N | N S E W O | |
| E) Surface cracks | Y / N | N S E W O | |
| F) Curled/Cupped shingles | Y / N | N S E W O | |
| G) Shrinkage/ Eroded edges | Y / N | N S E W O | |
| H) Blisters | Y / N | N S E W O | |
| I) Significant granule loss | Y / N | N S E W O | |
| J) Weathering splits (wood) | Y / N | N S E W O | |
| K) Additional leak in roof found | Y / N | N S E W O | |
| L) Improper ventilation | Y / N | N S E W O | |
| M) Nail pops/moving staples | Y / N | N S E W O | |
| N) Mechanical action | Y / N | N S E W O | |
| O) Shading | Y / N | N S E W O | |
| P) Other conditions | Y / N | N S E W O | |

C7091    **Allstate.** You're in good hands.

2. Wind  Indicate where and circle the number of missing or damaged shingles on each slope.
3. Hail  Indicate one test square (10 x 10) per slope direction/count number of damaged shingles in test square.
4. Wind/Hail  Measure damaged slopes only/Measure damaged valleys and ridges as needed.
5. Wind/Hail  Calculate the area of the damaged slopes/Show all measurements and calculations.
6. Wind/Hail  Photo damaged areas (both—covered and non-covered) for customer assistance.

Conversion Chart  1"=.08  2"=.17  3"=.25  4"=.33  5"=.42  6"=.5  7"=.58  8"=.67  9"=.75  10"=.83  11"=.92

| Storm Direction | Parallelogram | Trapezoid | Triangle | Rafter |
|---|---|---|---|---|
|  | A=b X h | A=1/2 (b$_1$+b$_2$) x h | A=1/2b x h | C=sq. root (a$^2$+b$^2$) |

Front

Flat 1/12 with 3 tab

| 24. Area by slope | | | | | Show calculations |
|---|---|---|---|---|---|
|  | 1 | 2 | 3 | Total |  |
| N |  |  |  |  |  |
| S |  |  |  |  |  |
| E |  |  |  |  |  |
| W |  |  |  |  |  |
| O |  |  |  |  |  |

Flowers 006

**G & G RO[OF]ING CO.**
P.O. BOX 830863
TUSKEGEE AL. 36083
334-319-2743

PROPOSAL NO. 077
SHEET NO.
DATE 2-24-05

**PROPOSAL SUBMITTED TO:**
NAME: ELLEN FLOWERS
ADDRESS: 301 KATHRINE DR, TUSKEGEE, AL 36088
PHONE NO.

**WORK TO BE PERFORMED AT:**
ADDRESS: 301 KATHRINE DR. TUSKEGEE
DATE OF PLANS:
ARCHITECT:

We hereby propose to furnish the materials and perform the labor necessary for the completion of **301 KATHRINE DR**

- REMOVE & REPLACE THE EXISTING SHINGLES
- CLEAN & HAUL AWAY ALL DEBRIS
- REMOVE THE EXISTING WOOD DECK
- REPLACE THE WOOD DECK WITH 1/2" PLY BOARD
- FURNISH & INSTALL ALL NECESSARY FASTENER & FLASHINGS
- OUR WORKERS ARE COVERED BY WORKERS' COMP & GENERAL LIABILITY INSURANCE
- WE ARE A STATE OF ALABAMA LICENSED CONTRACTOR

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work, and completed in a substantial workmanlike manner for the sum of **FIFTEEN THOUSAND** Dollars ($ 15,000.00 )

with payments to be made as follows:

**100% AFTER COMPLETION.**

Respectfully submitted **MOHD. GWANDU**

Per _____

Note - This proposal may be withdrawn by us if not accepted within ___ days.

**ACCEPTANCE OF PROPOSAL**
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date _____
Signature _____
Signature _____

D8118 MADE IN USA

**PROPOSAL**

Flowers 007

# Proposal By:

**JONES BROS. ROOFING CO.**

P.O. Box 402
Montgomery, Alabama 36101

Phone: (334)265-1216
800-264-8009

Date: February 23, 2005
Page: 1 of 1

Submitted By: Jeff Creel

| Performing Work For: | | Location: |
|---|---|---|
| Name | Ellen T Flowers | Name: Same |
| Attention | | |
| Address | 301 Catherine Drive | Address |
| City/State/Zip | Tuskegee Institute, AL 36088 | City/State/Zip |

**We hereby submit specifications and estimates for:**

1. Remove roofs to deck.
2. All rotted wood will be replaced as necessary at $4.00 per board foot in addition to the contract price.
3. Install new ½ inch O.S.B. decking over all roof area.
4. Install new felt and twenty-five year fiberglass shingles on sloped surfaces.
5. Cover flat areas with modified bitumen roll roofing system.
6. Replace valley, vent and chimney flashings.
7. Clean up all job related debris.

| | |
|---|---|
| ½ inch O.S.B. decking 44 sqs | $ 6600.00 |
| Shingles 28 sqs | 4900.00 |
| Modified bitumen 16 sqs | 5600.00 |
| Chimney | 385.00 |
| Valley and vents | 190.00 |
| Total | $ 17675.00 |

Color shingles: _____

Shingles carry a manufacturer's limited twenty-five year material warranty and a Jones Bros. Roofing Co., Inc. limited one year workmanship guarantee. Modified bitumen carries a manufacturer's limited ten year material warranty and a Jones Bros. Roofing Co., Inc. limited one year workmanship guarantee.

We hereby propose to furnish labor and materials – complete in accordance with the above specifications, for the sum of: Seventeen thousand Six hundred and Seventy-five dollars ($17,675.00) to be paid in full upon completion.

This proposal may be withdrawn by us if not accepted within 30 days.
**Due to the escalating costs of raw materials, prices are subject to change after 30 days.**

There are no warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, which extend beyond the description on the face hereof. The owner agrees to hold the roofing contractor harmless from damage to insulation, building and contents.
All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation insurance. Exceptions to the roofing guarantee are: damage to the roof from unusual phenomena of elements, acts of providence, war, traffic, faulty construction or distortion of the building, chimney, brick, mortar, damage or leaks caused by installation of signs, billboards, television or radio antenna, air conditioning equipment or other damage done after the completion of the roof.
All parties liable hereon, whether makers, endorsers, sureties or guarantors, hereby severally waive, each for himself, as to this debt, or any renewal thereof, to the extent legally permissible under the constitution and laws of Alabama, or any other state, as to personal property, and they each severally agree to pay all costs of collecting, or securing or attempting to collect or secure this note, including a reasonable attorney's fee, whether the same be collected or secured by suit or otherwise, and the makers, endorsers, sureties, and guarantors of this contract severally waive demand, presentment, protest, notice of dishonor and protest, suit, and all other requirements necessary to hold them, and they agree that time of payment may be extended without notice to them of such extension, and hereby declare and contract with the payee or holder hereof that there is no contract or understanding made or had by them, or either of them, with the payee, or any other person, which in any manner limits or affects their liability on this paper.
In case default shall be made in the payment of any said installments, or in case of the violation of any of the terms or provisions [...] shall immediately thereupon become due and payable at the option of the holder of this contract, and the holder shall have the right at [...] aid installments thereof, together with interest thereon.

Authorized Signature: *Jeffrey D. Creel*

**Acceptance of Proposal**
The above prices, specifications and conditions are satisfactory and are hereby accepted. You are autho[rized] made as outlined above.

**Accepted:**

Signature: _____

Date: _____

Signature: _____

Flowers 008

*Tuesday 1/11/16*

```
ON0360  ALLST INDEMNITY   PROPERTY ASSIGNMENT WORK ORDER   PAGE 1    01/24/05
1480    ATLANTA PROPERTY           678-589-1910                  DESK: NPS
   CLAIM NUMBER: 1484762487    LOSS DATE: 12/31/04     NOTICE DT: 01/21/05
POLICY NUMBER: 915456720   LINE: 62  EMP:      EFF DT: 07/30/04  ORIG YEAR: 04
    POLICY FORM: DELUXE HOMEOWNERS - PRIMARY RESIDENCE
RELATED CLAIMS:                              COVERAGE LIMITS:
OPENABLE: AA 105,378 A9 BB 10,537 B9 CC 73,764 CD 1,000 C9 DD D9 FF 500
XX 100,000 X9 YY 5,000 Y9 NON-OPENABLE: CB 200/1,000 CG 2,000 CJ 1,000
CP 5,000 CR CS 2,500 LD 10,000 MM 200 MN 1,000 RC RD 3 RT 2,500/10,000
SS 1,000 TD 250/1,000 TR 1,000 TS 5,268 VP 1,000 WT 1,000  --D 500

INSURED: ELLEN  T. FLOWERS                    ITEM/CLMT:
ASSIGNMENT FOR: 01 ELLEN T FLOWERS            PHONE: 3347271928
ADDRESS: 301 KATHERINE DR TUSKEGEE  AL  360882827   BUS: 3342339778 X: CELL
PERIL CODE: 29 WIND AND HAIL                  PHOTO:     HOURS:
   ASSIGNMENT: 2  SETTLE                   TOWN CLS: 06  CONST CLS: 07

   DWELL DAMAGE: MODERATE INT DAMAGE CAUSED BY WATER ( INC ACC. LEAK),  NO EMER
                 GENCY REPAIRS.
       COMMENTS: DA SHARI ST.CIN

   PRIOR CLAIMS: 1484762487
CLEAR-CANCEL    PF3-RETURN    PF8-FORWARD    PF9-PRT SCREEN
```

Roofer ↑

Shorter exit — R —
Booker T. pass — School —
Go to Tuskegee → Hwy 80
Chevron — Patterson — R

FlowersE@TAX.OSA.MILL

904-542-6737
904-278-6579

① 9/10 —
②
③

Flowers 009

```
                            1484762487 Documentation
*******************************
***DOCUMENTATION INFORMATION***
*******************************
     REVIEW DATE : 4/6/2006
     REVIEWER ID : cd3cr
   POLICY NUMBER : 915456720
    CLAIM NUMBER : 1484762487
    INSURED NAME : ELLEN T FLOWERS
     NAMED PERIL : 25 WATER/ACCDL LEAKAGE

  EFFECTIVE DATE : 07/30/04
       LOSS DATE : 12/31/04
     NOTICE DATE : 01/21/05

     PRIOR CLAIM : 1484762487 (12/31/2004)

     POLICY TYPE : 09 DELUXE HOMEOWNERS - PRIMARY RESIDENCE

   EMPLOYEE NAME : CATHY       H HORTON
   CLAIMANT NAME : ID: 01 ELLEN T FLOWERS
  STATEMENT TYPE : TECH/ADJ COMMENTS
  STATEMENT DATE : 01/24/2005
                   REC'D RETURN CALL FROM MRS INSD.
                   --
                   PRIOR WATER LOSSES: NONE.
                   --
                   ORG YR: 2004    YR HOME BLT: 1965
                   --
                   TIER: 2- QUESTIONABL COVERAGE
                   --
                   COVERAGE: DEL H/O- DED IS 500.00
                   --
                   MITIGATION: DONE BY INSD'S REALTOR.
                   WHEN DID MITIGATION START: A FEW DAYS AFTER DATE OF LOSS.
                   01/24/2005
                   MOLD: MR INSD ADVISED SHE HAS NOT SEEN ANY MOLD.
                   ----
                   ROOMS DAMAGED: BEDROOM AND BATHROOM.
                   ----
                   INVESTIGATION:
                   INSD ADVISED SHE PURCHASED THIS HOME IN NOVEMBER IF 2004. SHE DID
NOT MOVE IN
                   UNTIL A FEW WEEKS LATER. THERE WAS A PROBLEM W/ THE PRIOR
HOMEOWNER NOT MOVIN
                   OUT AS SCHEDULED. INSD ADVISED AFTER SHE MOVED IN, THE PIPE IN
WALL IN BATHRO
                   M BROKE. THE WATER DAMAGED THE CARPET IN BATHROOM AND LIV ROOM.
THE REALTOR V
                   C'D THE WATER FROM THE CARPET FOR THE INSD. INSD HAD TO PLACE THE
CARPET OUTS
                   DE TO DRY- THEN SHE PUT IT BACK DOWN.
                   01/24/2005
                   SHE ADVISED SHEHAS NOT SEEN ANY MOLD. ASKED HER WHO REPAIRED THE
PIPE. SHE SA
                   D SOME FRIENDS OF HERS. ASKED HER WHY THE CLAIM WAS REPORTED LATE
- ANS SHE A
                   VISED THERE WERE JUST TOO MANY PERSONAL ISSUES GOING ON W/ THE
SALE OF THE HO
                   SE. DAMAGES TO INSPECT ARE THE CARPET IN THE BEDROOM AND BATHROOM.
WALL DAMAG
                   FROM PIPE REPAIR. SHE HAS NO WATER DAMAGE TO PERSONAL ITEMS.
                   THE PIPE BROKE 2 WEEKS AFTER SHE MOVED IN AND REALTOR VAC'D WATER
FROM THE CA
```

1484762487 Documentation

```
                                PET FOR HER. ONE POINT= SHE STATED SHE BELIEVES THE PIPE MAY HAVE
BEEN BROKEN
                                PRIOR TO HER MOVING IN. I ADVISED HER IF THIS WAS THE CASE, THE
POLICY WLD NO
                                COV THE DAMAGES. THEN SHE STATED MAY IT DID NOT- SHE JUST FELT
LIKE IT, BUT T
                                E PIPE IN FACT DID NOT BREAK UNTIL TWO WEEKS AFTER SHE MOVED IN.
THERE WAS NO
                                NEED FOR  MITIGATION. INSD ADVISED THE PIPE BROKE BECAUSE IT WAS
OLD HOME WAS
                                01/24/2005
                                BUILT IN 1965.
                                INSD ALSO WANTED TO REPORT DAMAGE TO HER ROOF. I ADVISED HER EACH
OCCURENCE N
                                EDED A CORRESPONDING CLAIM. ISNED MENTIONED THE ROF DAMAGE MAY
HAVE COME FROM
                                HURRICANE LOSS.
                                I ADVISED HER I WLD HAVE TO GET CLAIM R/A TO FLD REP TO INSPECT.
                                01/24/2005
                                MRS INSD ADVISED SHE HAS NO WATER DAMAGE TO CONTENTS AND NO MOLD.
                                01/24/2005

    EMPLOYEE NAME : CATHY        H HORTON
    CLAIMANT NAME : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : SUBRO COMMENTS
    STATEMENT DATE : 01/24/2005
                    SUBRO: NONE. PIPE BROKE DUE AGE.
                    01/24/2005

    EMPLOYEE NAME : CHERRI       M MILLER
    CLAIMANT NAME : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - OA SHARI ST
    STATEMENT DATE : 01/24/2005
                    OA SHARI ST CIN
                    NOTIFY USED ON 01/24/2005, SENT TO: D3KW
                    01/24/2005

    EMPLOYEE NAME : SYSTEM
    CLAIMANT NAME : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : ONLINE DISPATCH
    STATEMENT DATE : 01/24/2005
                    01/24/2005 DISPATCH ASSIGNMENT FOR LRS ID: 01 COV CD: AA   WAS
CREATED ON
                    012405 FOR LOCATION: 1480
                    01/24/2005   DISPATCH ASSIGNMENT FOR LRS ID: 01 COV CD: AA   WAS
                    ASSIGNED TO EMPLOYEE: SHAROL ST.CIN                          ON
012405 BY KW48
                    2005-02-09 SUBROGATION CLOSURE APPROVED BY P/L -
                    CWP - CLOSED WITHOUT PAYMENT
                    02/09/2005   FIELD ASSIGNMENT FOR LRS ID: 01 COV CD: AA
                    WAS CLOSED ON 020905 BY HNHS
                    02/09/2005   FIELD ASSIGNMENT FOR LRS ID: 01 COV CD: AA
                    WAS INSPECTED ON              BY YYN  05  ä @  ä @012005-01-2620 ID
HNHS

    EMPLOYEE NAME : DANA         I WILLIAMS
    CLAIMANT NAME : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - YOUR MESSAGE
    STATEMENT DATE : 01/24/2005
                    YOUR MESSAGE HAS BEEN RECEIVED BY THE NEXTEL MESSAGING CENTER SENT
TO
                    SHARI ST. CIN AT 12:42PM
                    01/24/2005
```

Flowers 011

```
                          1484762487 Documentation
    EMPLOYEE NAME  : SYSTEM
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - MSB COMMENTS
    STATEMENT DATE : 01/24/2005
                     MSB COMMENTS : RECEIVED AT 2005-01-24-13.57.00.841475
                     Assigned
                     ADJUSTOR: SHAROL ST. CIN   ALPHA ID D3PH
                     By: ABI703EAL2  MOI: 01
                     Date: 01/24/2005 12:20:44:000000
                     MSB STATEMENT DATE : 2005-01-24     PROCESSED AT
    2005-01-24-13.57.19.369442

    EMPLOYEE NAME  : FRANCES     F ALLEN
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - ADJ/PROC INQ
    STATEMENT DATE : 01/24/2005
                     ADJ/PROC INQUIRY
                     CALL RECEIVED BY: CD186 AT- 13:49:27
                     TYPE OF CALL TAKER: CLAIM ADJUSTER/PROCESSOR
                     RECEIVED CALL FROM: SHARI ST CIN
                     RELATION TO INSURED: OTHER
                     RELATION EXPLAINED: PLS CALL O/A SHARI ST CIN. THIS IS A WIND
    LOSS-NOT WAT
                     CALLER PHONE#- HOME:
                     CALLER PHONE#- WORK: 334-799-9260
                     CALLER PHONE#- OTHR:
                     REASON FOR CALL: OTHER
                     REASON EXPLAINED: RECD INQUIRY FROM O/A SHARI ST CIN.
                     ACTION REQUESTED: PLEASE RETURN CUSTOMER'S CALL
                     NOTIFY USED ON 01/24/2005, SENT TO: D3KW
                     01/24/2005
                     AGENT INFORMATION: DEE C MADISON 334-502-0720
                     RECD CALL FROM O/A SHARI ST CIN REQUESTING THAT WE CHANGE THIS
    PERIL CODE FRO
                     WATER TO WIND. ATTEMPTED TO DO THIS, BUT I/A HAS ALREADY SENT COV
    OPEN REQUE
                     T, WHICH PROHIBITS ME FROM CHANGING PERIL CODE OR DELETING COV
    OPEN REQUEST.
                     ***PLS CALL O/A ST CIN AT PH# 334-799-9260.
                     01/24/2005

    EMPLOYEE NAME  : CATHY       H HORTON
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - CHANGED PERI
    STATEMENT DATE : 01/24/2005
                     CHANGED PERIL CODE FROM 25 TO 29.
                     01/24/2005
                     NOTIFY USED ON 01/24/2005, SENT TO: D3PH
                     GAVE FILE TO TSP FOR JSC.
                     01/24/2005

    EMPLOYEE NAME  : SHAROL      E ST.CIN
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : TECH/ADJ COMMENTS
    STATEMENT DATE : 01/24/2005
                     REC D TEXT MEASSGE FROM MCO
                     CALLED INSD--12:15 STATES THAT SHE HAS SOME MISSING SHINGLES AND
    NOW IT IS LE
                     KING INTO THE HOUSE--
                     I QUESTIONED INSD BECAUSE I GOT IT AS A WATER CLAIM--
                     INSD STATED THAT A ROOFER IS AT THE NEIGHBORS HOUSE NOW AND IS
    COMING TO HER
```

Page 3

```
                       1484762487 Documentation
                 OUSE TO INSPECT THE ROOF--
                 I EXPLAINED IF SHE NEEDED TO DO TEMP REPAIRS BEFORE I CAN EXPECT
TO DO SO--
                 AFTER INSD GETS ROOFER TO THE HOUSE SHE IS GOING TO CALL ME BACK--
                 CALLED MCO--EXPLAINED THIS IS NOT A WATER CLAIM--THIS IS A
WINDSTORM CLAIM
                 THEY WILL CHANGE THE THE PERIL CODE TO 29--
                 WAIT INSD TO CALL
                 F/U ON 1/26
                 01/24/2005

  EMPLOYEE NAME  : SHAROL     E ST.CIN
  CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
  STATEMENT TYPE : OTHER - NEXT STEP
  STATEMENT DATE : 01/24/2005
                   NEXT STEP
                   WAIT INSD TO CALL WHEN SHE GETS ROOFER OUT--
                   I HAVE ON F/U FOR 1/25
                   01/24/2005

  EMPLOYEE NAME  : SHAROL     E ST.CIN
  CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
  STATEMENT TYPE : TECH/ADJ COMMENTS
  STATEMENT DATE : 01/26/2005
                   INSD CALLED WHILE I WAS WITH A CUSTOMER
                   CALLED INSD- 11:06 --SAYS THAT SHE WANTED TO GO AHEAD MAKE APPT
                   I WILL BE OUT OF TOWN THURSDAY AND FRIDAY--MEETING
                   APPTS ALREADY SET UP FOR MONDAY
                   MAD EAPPT FOR TUESDAY 11:15 --11:30
                   01/26/2005

  EMPLOYEE NAME  : SHAROL     E ST.CIN
  CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
  STATEMENT TYPE : OTHER - NEXT STEP
  STATEMENT DATE : 01/26/2005
                   NEXT STEP
                   INSPECT ON TUESDAY 2/1 11:15-11:30
                   01/26/2005

  EMPLOYEE NAME  : DEANNE WANGERIEN
  CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
  STATEMENT TYPE : OTHER - REC'D FILE J
  STATEMENT DATE : 01/31/2005
                   REC'D FILE JACKET FROM I/A
                   FORWARDING TO OPEN CABINET
                   01/31/2005

  EMPLOYEE NAME  : SHAROL     E ST.CIN
  CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
  STATEMENT TYPE : TECH/ADJ COMMENTS
  STATEMENT DATE : 02/01/2005
                   INSPECTED INSD RESIDENCE
                   INSD WAS NOT AT HOME AT THE TIME OF INSPECTION--INSDS SISTER WAS
PRSENT
                   EST COMPLETED ON SITE BUT I COULD NOT SETTLE DUE TO THE FACT THE
SISTER IS NO
                   THE INSD--
                   ROOF PROCESS COMPLETED
                   INSD HAS SEVERAL ISSUES GOING ON AT HOUSE--
                   I TOOK PHOTOS OF ALL--
                   I EXPLAINED I COULD NOT PAY FOR THE ROOF NO HAIL DMAGE NOR WIND
DAMAGE--
                   INSD HAS 3 TAB SHINGLES ON A 1/12 PITCH--THE FASIC BOARDS ARE
```

```
                              1484762487 Documentation
SOMEWHAT ROTTED
                    BY THE CARPORT--DENIED--
                    INSD WAS CALLED BY PHONE--EXPLAINED NO COVERAGE FOR IT--
                    THEN INSD AND I HUNG UP--INSDS SISTER SHOWED ME THE OFFICE CEILING
IN WHICH I
                    02/01/2005
                    COULD PAY FOR IT--COMPLETED EST--
                    THEN SHE SHOWED ME THE KITCHEN SHE SAID THAT THIS HAD STARTED
ABOUT IN SEPT.
                    I FELT THE SHEETROCK AND WALLPAPER--SOFT--I EXPLAINED THIS
APPEARED TO BE A L
                    NG PERIOD OF TIME--AND THAT I COULD NOT PUT THIS CLAIM ONTO THIS
DIFFRENT DAT
                    OF LOSS.
                    INSDS SISTER ALSOSHOWED ME WHERE THEY HAD WATER DAMAGE FROM THE
COMMODE--KATH
                    HORTON IS HANDLING THIS--I WAS CONFUSED OF WHAT ALL WENT ON HERE--
                    I TOLD THE SISTER THAT I WOULD GET WITH THE INSD AND DISCUSS HER
CLAIMS--
                    02/01/2005

   EMPLOYEE NAME  : SHAROL     E ST.CIN
   CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
   STATEMENT TYPE : OTHER - NEXT STEP
   STATEMENT DATE : 02/01/2005
                    NEXT STEP
                    CALL INSD AND GO OVER EVERYTHING THAT THE INSDS SISTER WAS TELLING
ME AND SO
                    CAN EXPLAIN TO THE INSD WHAT I CAN PAY FOR AND WHAT I COULD NOT--
                    02/01/2005

   EMPLOYEE NAME  : SHAROL     E ST.CIN
   CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
   STATEMENT TYPE : TECH/ADJ COMMENTS
   STATEMENT DATE : 02/08/2005
                    THIS IS A WIND CLAIM--ROOF OVER 10 YEARS OLD--
                    CLOSED SUBRO
                    02/08/2005

   EMPLOYEE NAME  : SHAROL     E ST.CIN
   CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
   STATEMENT TYPE : SUBRO COMMENTS
   STATEMENT DATE : 02/08/2005
                    ROOF IS OVER 10 YEARS OLD
                    NO SUBROGATION
                    02/08/2005

   EMPLOYEE NAME  : SHAROL     E ST.CIN
   CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
   STATEMENT TYPE : TECH/ADJ COMMENTS
   STATEMENT DATE : 02/08/2005
                    CALLED INSD I EXPLAINED I WOULD E MAIL THIS PHOTOS--
                    INSD IS SICK AND TOLD ME SHE WOULD CALL ME WHEN SHE FELT BETTER--
                    THIS LOSS IS UNDER THE DED
                    THE DAMAGE IN THE KITCHEN HAS BEEN GOING ON FOR AWHILE--
                    I DENIED IT--I EXPLAINED TO THE SISTERS--
                    E MAILED PHOTOS TO INSD
                    02/08/2005
                    RECD A MESSAGE STATING INSD E MAIL ADDRESS IS NOT VALID
                    I WILL WAIT UNTILL INSD CALLS ME WHEN SHE IS FEELING BETTER--
                    02/08/2005
                    LOSS IS UNDER THE DED
                    NO DAMAGE TO THE ROOF --EST IN FILE FOR THE BACK OFFICE--WAIT INSD
```

Page 5

Flowers 014

```
                                 1484762487 Documentation
TO CALL
                        02/08/2005

    EMPLOYEE NAME  : SYSTEM
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - MSB COMMENTS
    STATEMENT DATE : 02/17/2005
                     MSB COMMENTS : RECEIVED AT 2005-02-18-03.31.56.808447
                     Examiner Accepted
                     By: D381
                     Date: 02/17/2005 14:41:17:000000
                     MSB STATEMENT DATE : 2005-02-17     PROCESSED AT
2005-02-18-03.31.59.059281

    EMPLOYEE NAME  : JENNIFER    C WATTS
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - REC'D P/W
    STATEMENT DATE : 03/07/2005
                     REC'D P/W
                     PULLED CLOSED FILE FROM DEANNE'S DESK
                     FORWARDING TO THE FILE ROOM.
                     03/07/2005

    EMPLOYEE NAME  : JENNIFER    C WATTS
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : OTHER - REC'D P/W
    STATEMENT DATE : 04/07/2005
                     REC'D P/W
                     FORWARDING TO THE FILE ROOM.
                     04/07/2005

    EMPLOYEE NAME  : SHAROL     E ST.CIN
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : TECH/ADJ COMMENTS
    STATEMENT DATE : 07/08/2005
                     RECD A MESSAGE FROM INSD STATING THAT SHE HAD BEEN TRYING TO REACH
ME FOR 8 M
                     NTHS--WHEN SHE CALLED SHE DID NOT LEAVE A NUMBER--BUT SAID SHE HAD
CALLED JON
                     TURNER--
                     CALLED JON TO SEE IF HE HAD A MESSAGE OR A NUMBER HE SAID HE HAD
NOT HEARD FR
                     M A MS FLOWERS--
                     I WENT THROUGH MY MSB LOG I FOUND 3 FLOWERS AND I STARTED TO CALL
AND I FOUND
                     THE ONE THAT HAD BEEN CALLING--
                     CALLED INSD--2:23 I EXPLAINED TO INSD I COULDNOT PAY FOR HER ROOF
THERE WAS N
                     NO HAIL DAMAGE--
                     I EXPLAINED TO INSD I HAD PAID WHAT I COULD --
                     INSD WANTS THIS IN WRITING--
                     07/08/2005

    EMPLOYEE NAME  : SHAROL     E ST.CIN
    CLAIMANT NAME  : ID: 01 ELLEN T FLOWERS
    STATEMENT TYPE : TECH/ADJ COMMENTS
    STATEMENT DATE : 07/11/2005
                     SENT ESTIMATE TO INSD
                     EST SHOWS NO HAIL DAMAGE TO ROOF
                     LOSS UNDER DED--
                     07/11/2005
```

Flowers 015