### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **ELLEN T. FLOWERS,** | * |
| **Plaintiff** | * |
| v. | *    CV 3:06-552-SRW |
| **ALLSTATE INDEMNITY COMPANY,** | * |
| **Defendants.** | * |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the undersigned counsel and requests that they be permitted to withdraw as the attorneys for Ellen Flowers, and respectfully show as follows:

1. The Plaintiff, Ellen Flowers, has requested that the undersigned attorneys withdraw and take no further action in this proceeding.

2. The undersigned request that this Honorable Court stay all proceedings/deadlines in this cause for an amount of time sufficient to allow the Plaintiff to seek and retain other counsel in this matter.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel pray for an order permitting them to withdraw in this matter for all purposes.

Respectfully submitted,

/s/ Philip A. Thompson
Philip A. Thompson
Mary Bishop Roberson,
Attorneys for Plaintiff

OF COUNSEL:

HAYGOOD, CLEVELAND, PIERCE, MATTSON AND THOMPSON LLP
611 East Glenn Avenue
Post Office Box 3310
Auburn, AL 36831-3310
(334) 821-3892

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing pleading on the following:

Thomas E. Bazemore, III, Esq.
Gordon J. Brady, III, Esq.
Huie, Fernambucq and Stewart, LLP
The Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223

Ellen Flowers
301 Katherine Drive
Tuskegee, Alabama 36088

Ellen Flowers
209 Bayshore Drive
Orlando, Florida 32805

by placing said copy in the United States Mail, first class postage prepaid, on this the 31st day of October, 2006.

                                                /s/ Philip A Thompson
                                                Of Counsel