IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELLEN T. FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv552-SRW |
| | ) | WO |
| ALLSTATE INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of plaintiff's attorney's motion to withdraw (Doc. # 11), filed October 31, 2006, and for good cause, it is

ORDERED that:

(1)  the motion is GRANTED as to counsel's request to withdraw;

(2)  plaintiff's counsel is DIRECTED to provide a copy of this order to the plaintiff;

(3)  plaintiff's counsel is DIRECTED to file a statement, on or before November 9, 2006, notifying the court of plaintiff's address and telephone number; and

(4)  plaintiff's request to stay the proceedings is DENIED.

It is further ORDERED that plaintiff is DIRECTED to file a statement, on or before November 22, 2006 indicating whether she has retained counsel, or intends to represent herself in this action.  Any attorney retained by plaintiff must enter an appearance in this action on or before December 6, 2006.

DONE, this 2nd day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE