IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **ELLEN T. FLOWERS,** | * | |
| | * | |
|    Plaintiff | * | |
| | * | |
| v. | * | CV 3:06-552-SRW |
| | * | |
| **ALLSTATE INDEMNITY COMPANY,** | * | |
| | * | |
|    Defendants. | * | |

**NOTIFICATION OF PLAINTIFF'S ADDRESS AND TELEPHONE NUMBER**

On or about November 2, 2006, this Honorable Court Granted the undersigned's Motion to Withdraw and directed them to file with this Court contact information for the Plaintiff. Therefore, the undersigned submits the following:

    Plaintiff Ellen Flowers
    209 Bayshore Drive
    Orlando, Florida 32805
    (407) 295-9084

                            Respectfully submitted,

                            /s/ Philip A. Thompson
                            Philip A. Thompson
                            Mary Bishop Roberson,
                            Attorneys for Plaintiff

OF COUNSEL:

HAYGOOD, CLEVELAND, PIERCE, MATTSON AND THOMPSON LLP
611 East Glenn Avenue
Post Office Box 3310
Auburn, AL 36831-3310
(334) 821-3892

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing response on the following:

Thomas E. Bazemore, III, Esq.
Gordon J. Brady, III, Esq.
Huie, Fernambucq and Stewart, LLP
The Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223

Ellen Flowers
209 Bayshore Drive
Orlando, Florida 32805

by placing said copy in the United States Mail, first class postage prepaid, on this the 2nd day of November, 2006.


/s/ Philip A. Thompson
Of Counsel