Mr. Eller Hawes
By Katherine OK
Tuskegee AL 36083

**CERTIFIED MAIL**

7006 0810 0006 3031 8676

Middle District of Alab
Clerk of Court- Deborah Hackett
15 Lee Street
P.O. Box 711
Montgomery, AL 36101