To: Judge Susan Rush-Walker

From: Ms. Ellen Flowers

Re: Extension

Date: November 21, 2006

RECEIVED
2006 NOV 22 A 9: 45
A. I. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dear Sirs;

My Name is Ellen Flowers and I am writing you this letter in reference to 301 Katherine Drive, Tuskegee, Al. Case Number 3:06cv552-SRW. At the time when I received the letter I was having major surgery, which prevented me from taking care of this matter in an expeditious manner. I am requesting a (90) day extension to clear this matter up. My recuperation has been a slow process, but I will need time to obtain all the information you are requesting. I will be more than happy to provide all information concerning all information on the house, which I find is very vital at this time. It would be greatly appreciated for all your help in this matter. I did not receive the letter until a few days before expiration, but needed time to recuperate from major surgery. Please feel free to call me at (407) 295-9084 or Cell (334) 233-9778.

Respectfully;

Ms. Ellen Flowers