IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLEN T. FLOWERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLSTATE INDEMNITY COMPANY, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:06cv552-SRW |

**ORDER ON MOTION**

Upon consideration of plaintiff's motion for extension of deadline (Doc. # 15), filed November 22, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that plaintiff shall file a written statement on or before January 22, 2007 indicating whether she has retained counsel, or intends to represent herself in this action. Any attorney retained by plaintiff must enter an appearance in this action on or before February 1, 2007.

DONE, this 28th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE