January 17, 2007

3:06cv 552-SRW

RE: case number: 552SRW   Response to Order

I, Ellen T. Flowers, in conjunction with the power of attorney, do hear by give Irene Taylor permission to represent me in court on all matters concerning State Farm. I am unable to represent myself because I am in recovery from my surgery and I have a bed ridden mother who resides with me.

Sincerely,

Ellen T. Flowers

*Ellen T Flowers*

On the 17th day of JANUARY, 2007
verify ELLEN T. FLOWERS signature.

RECEIVED
2007 JAN 22 A 9:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Yusuff Mohamed
Commission # DD35217
Expires: SEP. 02, 200_
Bonded Thru
Atlantic Bonding Co., Inc

# General Power of Attorney
(with Durable Provision)

NOTICE: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

TO ALL PERSONS, be it known that I, _Ellen T. Flowers_,
of _209 Bayshore Drive Orlando, FL 32805-2005_,
the undersigned Grantor (hereinafter Principal), do hereby make and grant a general power of attorney to _Irene Taylor_, of _301 Katherine Drive Tuskegee, Al 36088_
and do thereupon constitute and appoint said individual as my Attorney-in-Fact/Agent.

If my Agent is unable to serve for any reason, I designate _no one else other than Irene Taylor_
of _____, as my successor Agent.

My Attorney-in-Fact/Agent shall act in my name, place and stead in any way that I myself could do, if I were personally present, with respect to the following matters, to the extent that I am permitted by law to act through an agent:

(NOTICE: The Principal must write his or her initials in the corresponding blank space of each box below with respect to each of the subdivisions (A) through (N) below for which the Principal wants to give the agent authority. If the blank space within a box for any particular subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Cross out each power withheld.)

[ETF]  (A)  Real estate transactions

[ETF]  (B)  Tangible personal property transactions

[   ]  (C)  Bond, share and commodity transactions

[   ]  (D)  Banking transactions

[ETF]  (E)  Business operating transactions

[ETF]  (F)  Insurance transactions

[   ]  (G)  Gifts to charities and individuals other than Attorney-in-Fact/Agent
            **(If trust distributions are involved or tax consequences are anticipated, consult an attorney.)**

[ETF]  (H)  Claims and litigation

[ETF]  (I)  Personal relationships and affairs

[   ]  (J)  Benefits from military service

| | | |
|---|---|---|
| [EA] | (K) | Records, reports and statements |
| [EA] | (L) | Full and unqualified authority to my Attorney-in-Fact/Agent to delegate any or all of the foregoing powers to any person or persons whom my Attorney-in-Fact/Agent shall select |
| [ ] | (M) | Access to safe deposit box(es) |
| [EA] | (N) | All other matters |

**Durable Provision:**

[ ]   (O)   **If the blank space in the block to the left is initialed by the Principal, this power of attorney shall not be affected by the subsequent disability or incompetence of the Principal.**

Other Terms: _All matters pertaining to All-State Insurance Claim and the lawsuit against them._

My Attorney-in-Fact/Agent hereby accepts this appointment subject to its terms and agrees to act and perform in said fiduciary capacity consistent with my best interests as he or she in his or her best discretion deems advisable, and I affirm and ratify all acts so undertaken.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY UNLESS AND UNTIL ACTUAL NOTICE OR KNOWLEDGE OF SUCH REVOCATION OR TERMINATION SHALL HAVE BEEN RECEIVED BY SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

Signed under seal this ___5___ day of ___December___, 20_06_

Signed in the presence of:

_____     _Ellen T Flowers_
Witness                                                      Grantor (Principal)

_____     _____
Witness                                                      Attorney-in-Fact/Agent

[Notary seal: NICHOLE WASHINGTON, Notary Public - State of Florida, My Commission Expires Jul 31, 2010, Commission # DD 579789, Bonded By National Notary Assn.]

State of Florida )
County of Orange )

On December 5, 2006 before me, Nichole Washington, appeared Ellen T. Flowers, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary

NICHOLE WASHINGTON
Notary Public - State of Florida
My Commission Expires Jul 31, 2010
Commission # DD 579789
Bonded By National Notary Assn.

Affiant _____ Known _____ Produced ID
Type of ID FL DL F462218395890
(Seal)

1-28-07

Gordon James Brady, III
Huie Fernambucq + Stewart LLP
Three Protective Center
2801 Highway 280 South
Suite 200.
  Birmingham, Al. 35223
  Email: gjb@hfsllp.com
  Lead Attorney
  Attorney to Be Noticed

Thomas Edwin Bazemore, III
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham Al. 35223-2484
205-251-1193
Fax: 251-1256
Email: teb@hfsllp.com
Lead Attorney
Attorney To Be Noticed

I hereby certify that I have served a copy of the above and foregoing on the following parties by placing same in the United States Mail, postage prepaid and properly addressed on 1-28-07 of January

~~[scribbled out]~~

Dunn Taylor
for Ellen T. Flowers