IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELLEN T. FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv552-SRW |
| | ) | |
| ALLSTATE INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This action is presently before the court on plaintiff's response to the court's order directing plaintiff to file a written statement indicating whether she has retained counsel or intends to represent herself. Plaintiff has filed a response giving Irene Taylor permission to represent her in this lawsuit, and has attached a power of attorney purporting to give Taylor such authority. (Doc. # 17). The court construes the response as a motion to allow Irene Taylor to represent plaintiff in this court.

Irene Taylor is not a member of the bar of this court and is not listed in the Alabama bar directory. She resides at the address of the home owned by plaintiff. (See Complaint, p. 4).[1] The statute permitting *pro se* appearances in federal court applies only to those parties conducting their own cases and not to those parties who seek to represent the interests of others. 28 U.S.C. § 1654. See Devine v. Indian River County School Board, 121 F.3d 576 (11th Cir. 1997); Shepherd v. Wellman, 313 F.3d 963 (6th Cir. 2002). Because she is not an

---

[1] Plaintiff resides in Orlando, Florida. See Doc. # 13 and power of attorney attached to Doc. # 17.

attorney, Taylor may not appear in this court on plaintiff's behalf.

Accordingly, it is

ORDERED that the motion to allow representation by Irene Taylor is DENIED. The action will proceed with plaintiff representing herself.[2]

DONE, this 22nd day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff may retain an attorney at any time during the pendency of this action. If plaintiff's physical condition prevents her from complying with any particular deadline in this matter, plaintiff may request an extension of time by filing a written motion to that effect.