IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICTOF OF ALABAMA

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CASE NO.: **3:06-CV-00552-SRW** |
| | ) |
| ALLSTATE INDEMNITY COMPANY | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF APPEARANCE

**COMES NOW**, the undersigned, and hereby notices all interested persons of his appearance as attorney of record for Plaintiff Ellen T. Flowers.

/S/ Michael F. Braun
Michael F. Braun (BRA 090)
Attorney for Ellen T. Flowers
P. O. Box 70527
Montgomery, AL 36107
334/260-0529
Fax: 334/260-9224

## CERTIFICATE OF SERVICE

I hereby certify that I have served those listed below by electronic submission or United States Mail this 12th[t] day of February, 2007.

Gordon James Brady, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy. 280 South, Ste. 200
Birmingham, AL  35223

Thomas Edwin Bazemore, III
Huie Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy. 280 South, Ste. 200
Birmingham, AL  35223

/S/ Michael F. Braun
Of Counsel