## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICTOF OF ALABAMA

| | |
|---|---|
| **ELLEN T. FLOWERS,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) **CASE NO.: 3:06-CV-00552-SRW** |
| | ) |
| **ALLSTATE INDEMNITY COMPANY** | ) |
| | ) |
| **Defendant.** | ) |

### RESPONSE TO DEFENDANT'S REQUEST FOR RELIEF
### FROM RULE 16(B) SCHEDULING ORDER

**COMES NOW**, the Plaintiff, by and through her attorney of record, and herby states that she has no objection to the Defendant being granted relief from the Scheduling order entered in this matter.  However, the Court should note that the referenced interrogatories of which the Defendant mentions the lack of response are deemed served as of the 13th day of February, 2007, at the request of the Defendant.

/S/ Michael F. Braun
Michael F. Braun (BRA 090)
Attorney for Ellen T. Flowers
P. O. Box 70527
Montgomery, AL 36107
334/260-0529
Fax: 334/260-9224

### CERTIFICATE OF SERVICE

I hereby certify that I have served those listed below by electronic submission or United States Mail this 27th day of February, 2007.

Gordon James Brady, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy. 280 South, Ste. 200
Birmingham, AL  35223

Thomas Edwin Bazemore, III
Huie Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy. 280 South, Ste. 200
Birmingham, AL  35223

/S/ Michael F. Braun
Of Counsel