IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:06cv552-SRW |
| | ) |
| ALLSTATE INDEMNITY COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of defendant's request for relief (Doc. # 21), filed February 26, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  All dispositive motions shall be filed on or before April 20, 2007.

DONE, this 1st day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE