IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| VS. | )    CASE NO.: CV 3:06-552-SRW |
| | ) |
| ALLSTATE INDEMNITY COMPANY, | ) |
| | ) |
|     Defendants. | ) |

**PROPOSED AMENDED SCHEDULING ORDER**

1.  Pursuant to Fed.R. Civ. P. 26(f), a meeting was held by telephone, at <u>Huie, Fernambucq & Stewart, L.L.P.</u> and was attended by:

    Michael F. Braun on behalf of Plaintiff, Ellen T. Flowers.

    Gordon J. Brady, III on behalf of Defendants Allstate Indemnity Company.

2.  **DISCOVERY PLAN**. The parties jointly propose to the Court the following amended discovery plan:

    Discovery will be needed on the following subject:

    Plaintiff:    The basis of denial and Defendant investigation of this claim.

    Defendant:    The basis for Plaintiff's claims and any alleged damages.

    All discovery commenced in time to be completed by **July 1, 2007**.

    Maximum of <u>30</u> interrogatories by each party to any other party. Responses due <u>30</u> days after service.

    Maximum of <u>25</u> request for admissions by each party to any other party. Responses due <u>30</u> days after service.

Maximum of 4 depositions for Plaintiff and 4 depositions for Defendants.

Reports from retained experts under Rule 26(a)(2) shall be due from the Plaintiff on or before **April 15, 2007** with Plaintiff's experts to be deposed before **May 15, 2007.** Reports from Defendants' experts under Rule 26(a)(2) shall be due on or before **June 15, 2007** with Defendants' experts to be deposed on or before **July 15, 2007**. Supplementations under Rule 26(e)due **August 1, 2006**.

3. **OTHER ITEMS**:

All dispositive motions should be filed by **August 15, 2007**.

Settlement cannot be realistically evaluated prior the close of discovery.

The parties request a final pretrial conference **September 2007**..

Final lists of trial evidence under Rule 26(a)(3) should be due:

From Plaintiff and Defendant 20 days before trial; exhibits 20 days before trial.

The parties should have 7 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial **October 2007.** Expected length of trial is 2 days.

                                Respectfully submitted

                                s/Gordon J. Brady, III
                                s/Thomas E. Bazemore, III
                                Huie, Fernambucq & Stewart, LLP
                                Three Protective Center
                                2801 Highway 280 South
                                Birmingham, Alabama 35223
                                205-251-1193
                                205-251-1256
                                Attorneys for Defendants Allstate Ind. Co.

                                              <u>s/Michael F. Braun</u>
                                              Michael F. Braun
                                              P.O. Box 70527
                                              Montgomery, Alabama 36107
                                              Attorney(s) for Plaintiff