IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICTOF OF ALABAMA

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CASE NO.: **3:06-CV-00552-SRW** |
| | ) |
| ALLSTATE INDEMNITY COMPANY | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING DISCOVERY

Comes now the Plaintiff, by and through her attorney of record, and hereby notifies the Court that he served a copy of the following on the attorneys for the Defendants:

1.   Plaintiff's Response to Defendant's Request for Production.

/S/ Michael F. Braun
Michael F. Braun (BRA 090)
Attorney for Ellen T. Flowers
P. O. Box 70527
Montgomery, AL 36107
334/260-0529
Fax: 334/260-9224

## CERTIFICATE OF SERVICE

I hereby certify that I have served those listed below by electronic submission or United States Mail this 30th day of March, 2007.

Thomas Edwin Bazemore, III

Gordon James Brady, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy. 280 South, Ste. 200
Birmingham, AL  35223

/S/ Michael F. Braun
Of Counsel