IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICTOF OF ALABAMA

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CASE NO.: **3:06-CV-00552-SRW** |
| | ) |
| ALLSTATE INDEMNITY COMPANY | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S WITNESS LIST**

COMES NOW, the Plaintiff, by and through her attorney of record, and hereby submits the following list of witnesses who may be called to testify at the trial of this matter:

1. Ellen T. Flowers;

2. Dee C. Madison;

3. Robin Cooper;

4. One or more representatives of Allstate Indemnity Company;

5. Medgar Avery;

6. A representative of Jones Bros. Roofing Company;

7. Jeff Creel;

8. Sherman Creel;

9. Irene Taylor;

10. Shari Stein;

11. John Thompson;

12. Lynn Holifield;

13. A representative of the Alabama Insurance Department;

14. Any and all agents, representatives, and/or employees of Allstate Indemnity Company who were involved in and communicated with the Plaintiff in any form in connection with the matters made the subject of this lawsuit;

15. All witnesses listed by all Defendants;

16. Any witnesses needed for rebuttal;

17. Any witnesses discovered in any depositions not taken at the time of the filing of this witness list;

18. Any witness identified in any pleading, filing or discovery response.

19. Any witnesses necessary for cross-examination;

20. The Plaintiff reserves the right to supplement and amend this witness list.

RESPECTFULLY submitted this the 27th day of April, 2007.

/S/ Michael F. Braun
Michael F. Braun (BRA 090)
Attorney for Ellen T. Flowers
P. O. Box 70527
Montgomery, AL 36107
334/260-0529
Fax: 334/260-9224

**CERTIFICATE OF SERVICE**

I hereby certify that I have served those listed below by electronic submission or United States Mail this 30th day of March, 2007.

Thomas Edwin Bazemore, III
Gordon James Brady, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy. 280 South, Ste. 200
Birmingham, AL  35223

/S/ Michael F. Braun
Of Counsel