IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICTOF OF ALABAMA

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) CASE NO.: **3:06-CV-00552-SRW** |
| | ) |
| ALLSTATE INDEMNITY COMPANY | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURES**

COMES NOW, the Plaintiff, pursuant to Rule 26(a)(2) of the *Federal Rules of Civil Procedure*, and hereby submits the following list of witnesses who may be called to testify at the trial of this matter:

1. Sherman Creel, Jones Bros. Roofing Co., Inc., P. O. Box 402, Montgomery, AL 36101 – Mr. Creel will testify regarding the damages to the residence and the repairs made. He will further testify as to the cause of the damages and the cost to repair said damages.

2. Medgar Avery, 1508 Moton Circle, Tuskegee, AL 36088 – Mr. Avery will testify regarding the damages to the residence and the repairs made. He will further testify as to the cause of the damages and the cost to repair said damages.

3. Richard Stuckey, Stuckey Roofing Company, P. O. Box 95, Hope Hull, AL 36043 – Mr. Stuckey will testify regarding the damages to the residence and the repairs made. He will further testify as to the cause of the damages and the cost to repair said damages.

4. All witnesses listed by all Defendants;

5. Any witnesses needed for rebuttal;

6. Any witnesses discovered in any depositions not taken at the time of the filing of this witness list;

7. Any witness identified in any pleading, filing or discovery response.

8. Any witnesses necessary for cross-examination;

9. The Plaintiff reserves the right to supplement and amend this witness list.

RESPECTFULLY submitted this the 27th day of April, 2007.

/S/ Michael F. Braun
Michael F. Braun (BRA 090)
Attorney for Ellen T. Flowers
P. O. Box 70527
Montgomery, AL 36107
334/260-0529
Fax: 334/260-9224

**CERTIFICATE OF SERVICE**

I hereby certify that I have served those listed below by electronic submission or United States Mail this 30th day of March, 2007.

Thomas Edwin Bazemore, III
Gordon James Brady, III
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Hwy. 280 South, Ste. 200
Birmingham, AL  35223

/S/ Michael F. Braun
Of Counsel