IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLEN T. FLOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: CV 3:06-552-SRW |
| ) | |
| ALLSTATE INDEMNITY COMPANY, ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF
ALLSTATE INDEMNITY COMPANY**

COMES NOW, Defendant, Allstate Indemnity Company, and makes the following corporate disclosure statement as follows:

>Allstate Indemnity Company is a wholly owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly traded. No publicly held entity owns 10% or more of the stock of The Allstate Corporation. Allstate Indemnity Company does not own 10% or more of the outstanding shares of any publicly traded entity.

Respectfully submitted,

s/Thomas E. Bazmeore
Thomas E. Bazemore, III
Gordon J. Brady, III

**OF COUNSEL:**

Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223

205-251-1193
205-251-1256
TEB@hfsllp.com
GJB@hfsllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2007, I electronically served the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing ans/or by depositing a copy of same in the United States Mail, postage prepaid and properly addressed on the following:

Michael F. Braun
P.O. Box 70527
Montgomery, Alabama 36107

s/Thomas E. Bazemore, III
Of Counsel