IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO.: CV 3:06-552-SRW |
| ALLSTATE INDEMNITY COMPANY, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Come now the parties, Plaintiff and Defendant, and show unto the Court that they have resolved all claims, issues and controversies pending between the parties hereto and desire the Court to enter an Order dismissing all claims of the Plaintiff against the Defendant with prejudice with each party to bear its own respective costs of Court.

Respectfully submitted this the 6th day of June, 2007.

_____
Michael F. Braun, Esq.
Attorney for Plaintiff

**Of Counsel:**
Michael F. Braun
P.O. Box 70527
Montgomery, Alabama 36107

_____
Gordon J. Brady, III
Attorney for Defendant

**Of Counsel:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223

01134390.1/1050-0239