IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CASE NO.: CV 3:06-552-SRW ) |
| ALLSTATE INDEMNITY COMPANY, | ) ) ) |
| Defendants. | ) |

## ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties in this action, it is hereby ORDERED, ADJUDGED and DECREED that all claims of the Plaintiff against Defendant, ALLSTATE INDEMNITY COMPANY be and hereby are dismissed with prejudice. Each party will bear its own respective costs of Court.

DONE and ORDERED this the ___ day of _____, 2007.

_____
JUDGE SUSAN RUSS WALKER

cc:  Michael F. Braun, Esq.
     Thomas E. Bazemore, III, Esq.
     Gordon J. Brady, III, Esq.

01134390.1/1050-0239