IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ELLEN T. FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.3:06cv552-SRW |
| | ) |
| ALLSTATE INDEMNITY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to the joint stipulation of dismissal filed by the parties on June 7, 2007, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice, with each party to bear their own costs.

DONE, this 8th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE